UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

BANKESB,

                     Plaintiff,

        - against -

WEBSTER BANK, N.A.,

                   Defendant.
───────────────────────────────────────

                       26-cv-2795 (JGK)

                       ORDER

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference held today, the defendant may file a motion to dismiss by **April 23, 2026.** The plaintiff shall file any opposition to the defendant's motion to dismiss by **May 8, 2026.** The defendant shall reply by **May 19, 2026.**

Moreover, discovery in this action is stayed until the Court adjudicates the defendant's anticipated motion to dismiss.

SO ORDERED.

Dated:    New York, New York
          April 16, 2026

                       _____
                         John G. Koeltl
                  United States District Judge